MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 27, Orig. OHIO v. KENTUCKY, 444 U. S. 335;

No. 79–486. UNITED STATES STEEL CORP. ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, 444 U. S. 1035;

No. 79–531. NEWELL ET AL. v. ORLEANS PARISH SCHOOL BOARD, 444 U. S. 1043; and

No. 79–5669. PFISTER v. ANDERSON CLINIC, INC., ET AL., 444 U. S. 1047. Petitions for rehearing denied.

MARCH 24, 1980

No. 78–1839. ASARCO INC. (FORMERLY AMERICAN SMELTING & REFINING CO.) v. IDAHO STATE TAX COMMISSION. Appeal from Sup. Ct. Idaho. Judgment vacated and case remanded for further consideration in light of *Mobil Oil Corp.* v. *Commissioner of Taxes of Vermont, ante,* p. 425.

No. 79–1143. RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC. v. MIKOS, PROPERTY APPRAISER OF SARASOTA COUNTY, FLORIDA, ET AL. Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of substantial federal question. MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.